USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-15-07

LAW OFFICE
OF
**B. ALAN SEIDLER**
580 BROADWAY
NEW YORK, NEW YORK 10012

TELEPHONE
(212) 334-3131
(888) 247-0243

FACSIMILE
(212) 334-2211

**MEMO ENDORSED**

October 15, 2007

Hon. P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

By FAX

re: USA v. Mazza
07 Cr 403(KPC)

*Application granted. Please confer with Ms. Lai and make a joint proposal with regard to the impact of this Order on any other dates in the case.*
*SO ORDERED.*
*USDJ 10-15-07*

Dear Judge Castel;

With the consent of the Government, I am requesting an extension of the October 17, 2007, defense motion filing date until November 16, 2007. Last week I was advised by AUSA Lai that the related case documents from Chile are expected within the next 10 days to 2 weeks. Both sides believe that all case documents should be available before the Court is called upon to decide defendant's motion to dismiss.

Thank you.

Very truly yours,

B. Alan Seidler

cc:   AUSA Sara Lai, by fax
      Mauricio Mazza
bas/ee