```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

    -against-

MAURICIO MAZZA-ALALUF,

    Defendant.

------------------------------------------------------------x

07 CR 403 (PKC)

ORDER

P. KEVIN CASTEL, U.S.D.J.

    Upon the application of defense counsel, consented to by the government, the conference previously scheduled for November 16, 2007 is adjourned until January 17, 2008 at 9:45 a.m. in Courtroom 12C. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of the continuance is needed to permit the parties to complete discovery and submit motions. Accordingly, the time between today and January 17, 2008 is excluded.

    SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       November 19, 2007