**AFFIRMATION OF SERVICE**

SARAH Y. LAI, pursuant to Title 28, United States Code, Section 1746, hereby declares under the penalty of perjury:

I am an Assistant United States Attorney in the United States Attorney's Office for the Southern District of New York.

On the 4th day of January, 2008, I caused a copy of the foregoing Government's Memorandum of Law In Opposition To Defendant Mauricio Mazza-Alaluf's Motion to Dismiss the Indictment to be served electronically and by First Class mail on:

>B. Alan Seidler, Esq.
>580 Broadway
>New York, New York 10012
>*Attorney for Mauricio Mazza-Alaluf*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   New York, New York
         January 4, 2008

           /Sarah Y. Lai/
           SARAH Y. LAI