U.S. Department of Justice



*United States Attorney*
*Southern District of New York*

```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____              │
│ DATE FILED: 5/5/08          │
└─────────────────────────────┘
```

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 2, 2008

BY FACSIMILE

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re: **United States v. Mauricio Mazza-Alaluf**
                **07 Cr. 403 (PKC)**

*[Handwritten endorsement: Application granted. SO ORDERED. /s/ 5-5-08]*

Dear Judge Castel:

        The Government respectfully submits this letter, with the defense's consent, to seek a brief extension of time, until Tuesday, May 6, 2008, to file the Proposed Requests to Charge, Proposed Examination of Prospective Jurors, list of names and places, and motion *in limine*. This request is made because the Government has made a plea offer that defense counsel believes the defendant will accept. However, because of counsel's schedule, he is unable to meet with the defendant until Monday afternoon.

                                    Respectfully submitted,

                                      MICHAEL J. GARCIA
                                      United States Attorney
                                      Southern District of New York

             By:          /s/
                              SARAH Y. LAI
                              Assistant United States Attorney
                              Tel.: (212) 637-1944

cc: Mr. B. Alan Seidler, Esq. (by facsimile)