# MEMO ENDORSED

LAW OFFICE
OF
**B. ALAN SEIDLER**
580 BROADWAY
NEW YORK, NEW YORK 10012

TELEPHONE
(212) 334-3131
(888) 247-0243

FACSIMILE
(212) 334-2211

RECEIVED
JUL 16 2008
P.KEVIN CASTEL

July 16, 2008

Hon. P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/08

    re: USA v. Mazza
       07 Cr 403(KPC)

Dear Judge Castel;

    Enclosed is my affirmation detailing my efforts on behalf of defendant Mazza.
Thank you.

Respectfully,

B. Alan Seidler

cc: Mauricio Mazza
    Robert Soloway, Esq., by fax, 212-571-5507
bas/ee

On a quantum meruit basis, Mr. Seidler has demonstrated on a prima facie basis that the reasonable value of the services prior to discharge exceed the amount of the pre fee retainer. At $182 per hour, a reasonable rate for a lawyer of his experience and ability, the 110 hours (which he cites as the minimum number of hours he spent) exceeds the $20,000 retainer. Any challenge by Mr. Mazza-Alaluf will be deemed waived unless supported by an affidavit or declaration from a person with personal knowledge filed on or before August 8. SO ORDERED. [signature], USDJ 7-22-08