**ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP**

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

**MEMO ENDORSED**

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

Tel: (212) 571-5500
Fax: (212) 571-5507

August 21, 2008

Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08
```

Re: United States v. Mauricio Mazza
    07 Cr. 403 (PKC)

Dear Judge Castel:

I represent Mauricio Mazza in the above referenced matter. I am writing to request an extension of time to file the defendant's motion in this matter -- currently due August 22, 2008 -- to August 25, 2008. I have spoken to Assistant United States Attorney Sarah Lai and she consents to this request.

Please call with any questions or if you need any further information regarding this request. Thank you for your consideration.

Sincerely,

Robert A. Soloway

cc: AUSA Sarah Lai
RAS:et

Application Granted.

So Ordered.

Hon. P. Kevin Castel, U.S.D.J.

8/25/08