**U.S. Department of Justice**
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 4

| 1. Program Code | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: ▮▮▮▮ At: ▮▮▮▮ | | | 6. File Title ▮▮▮▮ | |
| 7. ☐ Closed  ☐ Requested Action Completed  ☐ Action Requested By: | | | 8. Date Prepared 5/5/06 | |
| 9. Other Officers: SA ▮▮▮▮ and IRS CI SA ▮▮▮▮ | | | | |

10. Report Re: Interview of Mauricio MAZZA at Tom Bradley International Airport on May 5, 2006 (CAST: A)

### SYNOPSIS

REDACTED

### DETAILS

1.

2. When asked about the details of his trip to Los Angeles on this particular day, MAZZA told the agents that he left Santiago from the Santiago Arturo Medino Benitez Airport and had a layover in Lima.

| 11. Distribution: Division see last pg.  District  Other ▮▮ | 12. Signature (Agent) SA ▮▮▮▮ | 13. Date |
|---|---|---|
| | 14. Approved (Name and Title) ▮▮▮▮ Group Supervisor | 15. Date |

DEA Form -6
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

Interview of Mauricio MAZZA on May 5, 2006

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

**U.S. Department of Justice**
Drug Enforcement Administration

| | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | | |
| | 3. File Title | |

| 4. Page 2 of 4 | |
|---|---|
| 5. Program Code | 6. Date Prepared 5/5/06 |

    MAZZA advised agents that he did not disembark the airplane and that he was traveling alone.

3. When MAZZA was asked where the currency came from, he told the agents that it came from businesses in Santiago and Viña del Mar. He told the agents that the money originated in Europe, reference was made specifically to the euros, but TURISMO COSTA BRAVA obtained the money inside Chile. MAZZA denied having picked up the money from any other country during this particular trip.

4. When asked about the business importing the currency, MAZZA told the agents that he was importing the currency on behalf of TURISMO COSTA BRAVA and that he was one of three owners of the business. The other owners were Luis MAZZA and Jose MAZZA. MAZZA told the agents that his title was administrator and that he owned approximately fifty percent (50%) of the business.

5. MAZZA was asked where the money was going now that it was in the United States. MAZZA told agents that Dunbar would pick the money up from the terminal and that Dunbar would take to money to AFEX. MAZZA told agents that his point of contact at AFEX was an individual by the name of Ashok UPADHYAYA with a phone number of 562-345-2093 or 562-345-2693. ( **REDACTED**

6. MAZZA was also asked what AFEX did with the money and how TURISMO COSTA BRAVA was paid for the foreign currency. MAZZA told agents that AFEX would purchase the foreign currency with US dollars and wire the money to an account at Harris Bank. When asked for the account number, MAZZA told agents that he did not know off hand but could obtain this account number at a later date.

7. Agents asked MAZZA how the funds were returned to Chile. MAZZA told them that money was either returned via wire transfer and checks. Agents asked MAZZA if he had any US bank accounts and if he knew the bank names and account numbers. MAZZA reiterated that TURISMO COSTA

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. ▮▮▮ | 2. G-DEP Identifier ▮▮▮ |
|---|---|---|
| | 3. File Title ▮▮▮ | |
| 4. Page 3 of 4 | | |
| 5. Program Code | 6. Date Prepared 5/5/06 | |

   BRAVA has an account at Harris Bank but MAZZA was unsure of the account number.

8. Agents asked MAZZA why the euros and other foreign currency was brought to the United States and not the country of origin. MAZZA told agents that TURISMO COSTA BRAVA currently does not have any contacts in Europe and that it is difficult to transfer euros from Chile to Europe. MAZZA then told the agents that TURISMO COSTA BRAVA was attempting to establish a business relationship with TTT in London in order to facilitate the transfer of euros to Europe.

9. When agents asked MAZZA how he was able to accumulate so many euros MAZZA told the agents that many people from Europe visit Chile and bring large euro notes because they are easier to transport. MAZZA also told the agents that there is a large Chilean population living in Europe and that often, the Chileans living in Europe send money to their families in Chile, this would account for the smaller denominations of euros.

10. MAZZA was asked who TURISMO COSTA BRAVA's customers were. MAZZA told agents that his primary customers were approximately ten to fifteen different casa de cambios. MAZZA named the following casa de cambios Beach Tour, Exprinter, Alpha, JC Tour, San Felipe, Llanos Plains, and Cambio San Juan.

11. MAZZA denied exchanging small bills for larger bills. MAZZA told agents that there was no place that he could change the currency.

12. MAZZA admitted to flying to other South American countries (Argentina, Uruguay, Paraguay, and at one time Peru) to purchase foreign currency. MAZZA also said that other employees of TURISMO COSTA BRAVA traveled to these same countries. When asked if he ever traveled to Bogotá, Colombia, MAZZA told agents that the Colombians traveled to Chile. He also added that the Peruvians also traveled to Chile. When asked why MAZZA did not travel to Venezuela, MAZZA told agents that it was difficult to do business in Venezuela.

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

U.S. Department of Justice
Drug Enforcement Administration

| | REPORT OF INVESTIGATION *(Continuation)* | 1. File No. ▉ | 2. G-DEP Identifier ▉ |
|---|---|---|---|
| | | 3. File Title ▉ | |
| 4. Page 4 of 4 | | | |
| 5. Program Code | | 6. Date Prepared 5/5/06 | |

13. Agents asked MAZZA why he hand carried the currency instead of using an armored transport. MAZZA told agents that it was cheaper to pay the $1,300.00 airfare than to pay for the armored transport. MAZZA also advised agents that he traveled mostly on weekends when he didn't have to work; therefore it was not on company time. He also added that he would use the layover to sightsee. By traveling in this fashion, MAZZA advised agents that he was saving at least fifty percent (50%) of the cost of the armored transport.

14. Agents noted that MAZZA became nervous during questioning and repeatedly asked if he was doing anything wrong and asked agents if he needed to change his method of operations. Agents advised him that he did not appear to be in violation of any laws/statutes. Agents also advised MAZZA that the purpose for the encounter was due to the large amount of foreign currency that he was bringing into the United States, and that agents wanted to ensure that there was no link between the money and narcotics or terrorism.

**INDEXING**

REDACTED

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.