UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

      vs.

MAURICIO MAZZA-ALALUF,

      Defendant.

Crim. No. 07 CR 403 (PKC)

DEFENDANT'S MOTION TO DISMISS
COUNTS ONE AND TWO OF THE INDICTMENT

COMES NOW defendant, MAURICIO MAZZA-ALALUF, by and through undersigned counsel, and for the reasons set forth in the accompanying Memorandum of Law, moves this Honorable Court pursuant to Federal Rule of Criminal Procedure § 12(b)(3)(B) to dismiss Count One of the indictment for failure to state an offense under 18 U.S.C. § 371; and, in the alternative, to dismiss Count One of the indictment on the ground that 18 U.S.C. § 1960 is unconstitutionally vague; and to dismiss Count Two of the indictment on the ground that 18 U.S.C. § 1960 is unconstitutionally vague . Defendant also requests such further and different relief as this Court finds just and proper.

Dated: New York, New York
      August 25, 2008

                        ROTHMAN, SCHNEIDER
                           SOLOWAY & STERN, LLP
                        Attorneys for Mauricio Mazza-
                          Alaluf
                        100 Lafayette Street
                        New York, New York 10013
                        (212) 571-5500

                By: _____
                        ROBERT A. SOLOWAY