

**U.S. Department of Justice**

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  9/11/08
```

# MEMO ENDORSED

September 11, 2008

BY FACSIMILE

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Government + brief
due September 19.
Reply brief due
September 26.
SO ORDERED
[signature]
PKC USDJ
9-11-08

Re:  **United States v. Mauricio Mazza-Alaluf**
**07 Cr. 403 (PKC)**

Dear Judge Castel:

The Government respectfully submits this letter, with the defense's consent, to request a one-week extension of time, to September 19, 2008, to respond to the defendant's Motion to Dismiss the Indictment. Due to previously scheduled annual leave, the press of other business, and the extension previously granted to the defense to file the Motion, I do not anticipate being able to complete the Government's response brief by the original due date of September 12, 2008. If this request is granted, the Government would, of course, consent to an equal extension of time for the defendant to file his reply brief, to September 26, 2008.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By:  [signature]
SARAH Y. LAI
Assistant United States Attorney
Tel.: (212) 637-1944

cc:  Mr. Robert Soloway, Esq. (by facsimile)